IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:23 CR 3010 |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL GLASPIE aka "MIKE G," ) | |
| ) | |
| Defendant ) | |
| ) | |

**PROPOSED ORDER**

Upon the motion of the United States of America, by its attorneys, Glenn S. Leon, Chief U.S. Department of Justice, Criminal Division, Fraud Section, William E. Johnston, Assistant Chief, Fraud Section, and Tian Huang, Trial Attorney, Criminal Division, Fraud Section, and Steven A. Russel, U.S. Attorney for the District of Nebraska, and Donald J. Kleine, Assistant U.S. Attorney, and pursuant to Title 18, United States Code, Section 3771(d)(2), for alternative victim notification on the ground that the number of crime victims in this case makes it impracticable to accord all of the crime victims the rights described in § 3771(a), and full consideration having been given to said Motion, the Court finds that:

1. The number of potential crime victims in this case renders compliance with the victim notification requirements prescribed by Title 18, United States Code, Section 3771(a), (b), and (c) impracticable pursuant to § 3771(d)(2);

2. Using investigative tools, the government has, in certain circumstances, identified investors associated with the defendant's alleged scheme to defraud that are part of the evidence in this case; and,

3. The alternative notification procedures proposed by the government are reasonable and sufficient to give effect to the crime victim rights outlined in § 3771 and will not unduly complicate or prolong the proceedings.

WHEREFORE, IT IS HEREBY ORDERED that the United States shall provide notice to the identified victims, which notice shall include the following information:

• The name of the defendant, the case number, and charges;

• Notification that the victims may have been victimized by the illegal activities of the named defendant;

• All of the victim rights codified at 18 U.S.C. § 3771(a);

• That they may visit the Justice Department's website for large cases, at https://www.justice.gov/criminal-vns/case/united-states-v-neil-chandran-united-states-v-michael-glaspie, where all required notices will be posted in order for victims to receive notice about their statutory rights and ongoing notifications.

Dated  May 25  , 2023.

BY THE COURT:

Cheryl R. Zwart
United States Magistrate Judge