## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA,**
        **Plaintiff,**                      **CASE NO.: 4:23-CR-3010**

vs.

**MICHAEL GLASPIE aka "MIKE G,"**
        **Defendant(s).**
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR DOWNWARD DEPARTURE FROM SENTENCING GUIDELINES

**COMES NOW**, the Defendant, MICHAEL GLASPIE aka "MIKE G", by and through undersigned counsel, pursuant to Fed. R. Crim. P. 5k 2.0, and hereby files this Unopposed Motion for Downward Departure From Sentencing Guidelines and in support thereof states as follows:

1. Pursuant to Plea Agreement [D.E. 14] and Federal Rule of Criminal Procedure 11(c)(1)(B), the government has agreed to the following calculation of the offense for sentencing purposes:

    a. Base Offense Level - The parties agree that the defendant's base offense level under U.S.S.G. § 2B1.1(a) is 7.

    b. Specific Offense Characteristics – The parties agree that the defendant, through the wire fraud scheme, caused losses of at least $55,000,000, and thus an increase of 22 levels under U.S.S.G. § 2B1.1(b)(1)(I) applies. The parties also agree that the offense involved 10 or more victims, was committed through mass-marketing, and/or resulted in substantial financial hardship to one or more victims, and thus, an

1

increase of 2 levels under U.S.S.G. § 2B.1.1(b)(2)(A) applies. The parties also agree that the offense involved a violation of a prior, specific judicial or administrative order, injunction, decree, or process not addressed elsewhere in the guidelines, and thus, an increase of 2 levels under U.S.S.G. § 2B.1.1(b)(9)(C) applies.

c. Acceptance of Responsibility – If the defendant is found to be entitled to an offense level reduction under U.S.S.G. § 3E1.1(a) for acceptance of responsibility, the United States hereby moves that the court reduce the defendant's offense level by one additional level, pursuant to U.S.S.G. § 3E1.1(b), if that paragraph otherwise applies.

d. Downward Departure – The parties agree that a downward departure is warranted because the amount of loss overstates the seriousness of the offense due to the fact that a substantial number of investors invested primarily due to Neil Chandran's false statements rather than the defendant's own false promises and statements. In such circumstances, the gain to the defendant, $2,424,971, is a better measure of the defendant's true culpability, and thus the parties agree that a downward departure of six levels is appropriate.

2. Paragraph C of the Plea Agreement recognized that the Defendant may request or recommend additional downward adjustments and/or departures.

3. Therefore, based upon this Unopposed Motion and the arguments presented in the Sentencing Memorandum filed concurrently with this Motion the Defendant respectfully requests this Honorable Court impose a sentence of home confinement.

**WHEREFORE**, the Defendant MICHAEL GLASPIE, respectfully requests this Honorable Court accept the Unopposed Downward Departure

2

from Sentencing Guidelines and after consideration of the Sentencing Memorandum filed concurrently with this Motion sentence the Defendant to a period of home confinement and for such other and further relief that the Court deems just and proper.

        Respectfully submitted,

        JEFF T. GORMAN LAW OFFICES

By: /s/ Jeff T. Gorman_____
    Jeff T. Gorman. Esq.
    Florida Bar No.: 538183
    47 SE Ocean Boulevard
    Stuart, Florida  34994
    Phone: 772.220.4000
    Facsimile: 772.220.4114

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 25th day of August 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jeff T. Gorman
Jeff T. Gorman, Esq.
Florida Bar No.: 538183

## SERVICE LIST

## UNITED STATES vs. MICHAEL GLASPIE aka "MIKE G"
## CASE NO.: 4:23-CR-3010
### United States District Court For the District of Nebraska

Jeff T. Gorman, Esq.
*Counsel for the Defendant*
Florida Bar No.: 359970
E-Mail: jgorman@jgormanlaw.com
Notices of Electronic Filing

Assistant U.S. Attorney
Tian Huang, Esq. (CRM)
E-Mail: tian.huang@usdoj.gov

Assistant U.S. Attorney
Donald Klein, Esq. (USANE)
E-Mail: dkleine@usdoj.gov
Notices of Electronic Filing

Assistant U.S. Attorney
William Johnston, Esq. (CRM)
E-Mail: william.johnston4@usdoj.gov
Notices of Electronic Filing

Assistant U.S. Attorney
Amy Donato, Esq. (USANE)
E-Mail: adonato@usdooj.gov
Notices of Electronic Filing