IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA,**
    Plaintiff,

CASE NO.: 4:23-CR-3010

vs.

**MICHAEL GLASPIE aka "MIKE G,"**
    Defendant(s).

_____/

## DEFENDANT'S WITHDRAWAL OF OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW**, the Defendant, MICHAEL GLASPIE aka "MIKE G", by and through undersigned counsel, herby files his Withdrawal Of Objections to the Second Revised Pre-Sentence Investigation Report as prepared by the United States Probation Department as follows:

1. Defense maintains its previous objection listed in paragraph 1 which states as follows:

    a. Objection as to paragraph 21. The six-level reduction was not included in the calculation as agreed by the United States had communicated that it will not object to. The Defendant does not agree that $2,424,971.00 is the money gained and kept though he takes full responsibility for its misappropriation.

1

2. Defense withdraws all other objections formally listed in Defense's previous filing named Defendant's Objections to the Second Revised Pre-Sentence Investigation Report, paragraphs 2 through 8.

Respectfully submitted,

JEFF T. GORMAN LAW OFFICES

By: _____
Jeff T. Gorman
Florida Bar No.: 538183
47 SE Ocean Boulevard
Stuart, Florida 34994
Phone: 772.220.4000
Facsimile: 772.220.4114

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of September, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
Jeff T. Gorman
Florida Bar No.: 538183

## SERVICE LIST

## UNITED STATES vs. MICHAEL GLASPIE aka "MIKE G"
## CASE NO.: 4:23-CR-3010
### United States District Court For the District of Nebraska

Jeff T. Gorman, Esq.
*Counsel for the Defendant*
Florida Bar No.: 359970
E-Mail: jgorman@jgormanlaw.com
Notices of Electronic Filing

Assistant U.S. Attorney
Tian Huang, Esq. (CRM)
E-Mail: tian.huang@usdoj.gov

Assistant U.S. Attorney
Donald Klein, Esq. (USANE)
E-Mail: dkleine@usdoj.gov
Notices of Electronic Filing

Assistant U.S. Attorney
William Johnston, Esq. (CRM)
E-Mail: william.johnston4@usdoj.gov
Notices of Electronic Filing

Assistant U.S. Attorney
Amy Donato, Esq. (USANE)
E-Mail: adonato@usdooj.gov
Notices of Electronic Filing