IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3010 |
| vs. | |
| MICHAEL GLASPIE, | ORDER |
| Defendant. | |

IT IS ORDERED:

1. The Request for Transcript (filing 51) is granted.

2. The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3. The requestor shall be responsible for the cost of the transcripts.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 11th day of October, 2023.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge

---

[1] The Court reporter, Brenda Fauber, may be reached at (402) 661-7322 or b.fauber@yahoo.com