IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL GLASPIE,<br><br>  Defendant. | 4:23CR3010<br><br>ORDER TO WITHDRAW EXHIBIT OR TO SHOW CAUSE WHY EXHIBIT SHOULD NOT BE DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendant shall either 1) withdraw the following exhibit previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Defendant's Exhibit from Sentencing Hearing held October 2, 2023.

If counsel fails to withdraw this exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 30th day of September, 2024.

BY THE COURT:

s/ John M. Gerrard
Senior United States District Judge